**2001–1843.   Ferrando v. Auto–Owners Mut. Ins. Co.**

Ashtabula App. No. 2000–A–0038. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of the motion of amicus curiae, Ohio Association of Civil Trial Attorneys, for leave to participate in oral argument scheduled for October 15, 2002,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amicus curiae shall share the time allotted to appellee.

**2001–1843.   Ferrando v. Auto–Owners Mut. Ins. Co.**

Ashtabula App. No. 2000–A–0038. This cause is pending before the court as an appeal from the Court of Appeals for Ashtabula County. Upon consideration of the motion of amici curiae, the American Insurance Association, the National Association of Independent Insurers, Alliance of American Insurers, the Ohio Chapter of the National Federation of Independent Business, the Ohio Manufacturers' Association, the Ohio Farm Bureau Federation, the Ohio Chemistry Technology Council, and the Ohio Council of Retail Merchants, for leave to participate in oral argument scheduled for October 15, 2002,

IT IS ORDERED by the court that the motion for leave to participate in oral argument be, and hereby is, granted, and the amici curiae shall share the time allotted to appellee.

**2001–1955.   Panozzo v. Allstate Ins. Co.**

Cuyahoga App. No. 79083. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On February 6, 2002, this court consolidated this cause with Supreme Court case Nos. 2001–1786 and 2001–1977 for purposes of oral argument. On October 7, 2002, appellants/cross-appellees in case No. 2001–1786 filed a motion to extend time for oral argument scheduled for October 15, 2002. Upon consideration thereof,

IT IS ORDERED by the court that the time allotted for oral argument is extended to a combined total of 20 minutes per side.

**2001–1977.   Burnett v. Amex Assur. Co.**

Cuyahoga App. No. 79082. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County. On February 6, 2002, this court consolidated this cause with Supreme Court case Nos. 2001–1786 and 2001–1955 for purposes of oral argument. On October 7, 2002, appellants/cross-appellees in case No. 2001–1786 filed a motion to extend time for oral argument scheduled for October 15, 2002. Upon consideration thereof,

IT IS ORDERED by the court that the time allotted for oral argument is extended to a combined total of 20 minutes per side.

**2002–1068.   Byrd v. Mickens–Byrd.**

Franklin App. No. 01AP–946, 2002-Ohio-2579. This cause came on for further consideration upon appellant's request for findings of fact and conclusions of law. Upon consideration thereof,

IT IS ORDERED by the court that the request be, and hereby is, denied.

**2002–1239.   State ex rel. Chesbrough v. Indus. Comm.**

Franklin App. No. 01AP–1077, 2002-Ohio-2907. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before November 14, 2002.

**2002–1297.   N. Olmsted City School Dist. Bd. of Edn. v. Cuyahoga Cty. Aud.**

Board of Tax Appeals, No. 99–N–1728. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's motion for extension of time to file appellant's merit brief pursuant to S.Ct.Prac.R. XIV(6)(C),

IT IS ORDERED by the court that the motion for extension of time be, and hereby is, granted, and appellant's merit brief is due on or before October 28, 2002.